UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA TYSON, as Next Friend of
B.G., a minor,

      Plaintiff,

v.                                    Case No. 1:16-cv-130
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated:  March 27, 2017                /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge